IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Brenda Mervine,<br>Russell Mervine,<br>　　　Debtors(s) | Case No: 23-10400 mdc<br>Chapter 13 |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 7**

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay appears thereon. Counsel for Debtor certifies that the Motion is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

　　　　　　　　　　　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

Dated: 2/28/2023　　　　By:　/s/Michael A. Cataldo
　　　　　　　　　　　　　　MICHAEL A. CATALDO (PA 49431)
　　　　　　　　　　　　　　1628 John F. Kennedy Blvd. Suite 1901
　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　Telephone: (215) 238-0010
　　　　　　　　　　　　　　Facsimile: (215) 238-0016
　　　　　　　　　　　　　　mcataldo@gsbblaw.com

　　　　　　　　　　　　　　*Counsel for the Debtor*