Freedom Care LLC
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 01/13/2023
Voucher Number: 3550

***** This is not a check *****

Direct Deposit Amount $ *******517.61

3988TPA 69848 3550 83 PCA

Pay to the order of: **Brenda Mowbray Mervine**
719 Jansen Avenue
Essington, PA 19029

---

Freedom Care LLC
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mowbray Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 3550
Check Date: 01/13/2023
Period Begin: 01/01/2023
Period End: 01/07/2023

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 01/02/2023 | 8.00 | 14.50 | 116.00 | 1,160.00 |
| Hourly | 01/03/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 01/04/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 01/05/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 01/06/2023 | 7.00 | 14.50 | 101.50 | |
| Hourly OT | 01/06/2023 | 2.00 | 21.75 | 43.50 | 87.00 |
| | | 42.00 | | 623.50 | 1,247.00 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 38.63 | 77.26 |
| OASDI | | 623.50 | 38.65 | 77.31 |
| Medicare | | 623.50 | 9.04 | 18.08 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 38.28 |
| PA SUI - EE | | 623.50 | 0.43 | 0.87 |
| | | | 105.89 | 211.80 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 517.61 |
| | | 517.61 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -86.32 |
| State and Local Taxes | -19.57 |
| Other Deductions | 0.00 |
| Net Pay | 517.61 |
| Direct Deposits | 517.61 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 01/02 | 07:53AM | 03:53PM | 8.00 |
| Tue | 01/03 | 07:54AM | 03:54PM | 8.00 |
| Wed | 01/04 | 07:53AM | 03:53PM | 8.00 |
| Thu | 01/05 | 07:54AM | 04:54PM | 9.00 |
| Fri | 01/06 | 07:55AM | 04:55PM | 9.00 |

TRAINER BOROUGH
824 Main Street
Trainer PA  19061-1

Case 23-10400-mdc    Doc 22    Filed 03/14/23    Entered 03/14/23 14:42:32    Desc Main
Document    Page 2 of 18

ORG ID: 1304-2813
EE ID: 19        DD

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

**NON-NEGOTIABLE**

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Russell A Mervine
719 Jansen Ave
Soc Sec #: xxx-xx-xxxx    Employee ID: 19
Home Department: 1 Bi-Weekly
Pay Period: 11/13/22 to 11/26/22
Check Date: 12/02/22    Check #: 560

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1202.95 | 17211.88 |
| Chkg 479 | 0.00 | 14858.54 |
| NET PAY | 1202.95 | 32070.42 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 67.0000 | 21.9000 | 1467.30 | 1800.0000 | 39420.00 |
| | P Day OT. | 2.0000 | 32.8500 | 65.70 | 50.0000 | 1642.50 |
| | Total Hours | 69.0000 | | | 1850.0000 | |
| | Gross Earnings | | | 1533.00 | | 41062.50 |
| | Total Hrs Worked | 69.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 95.05 | 2545.88 |
| Medicare | | 22.23 | 595.41 |
| Fed Income Tax | S 1 | 136.13 | 3848.25 |
| PA Income Tax | | 47.06 | 1260.66 |
| PA Unemploy | | 0.92 | 24.65 |
| PA TRAIN-Del Inc | | 15.33 | 410.64 |
| TOTAL | | 316.72 | 8685.49 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 306.59 |
| TOTAL | 13.33 | 306.59 |

### NET PAY

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1202.95 | 32070.42 |

TRAINER BOROUGH
824 Main Street
Trainer PA 19061-1

PAY TO THE ORDER OF

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA 19029-1110

Total Net Direct Deposit(s)
**$1492.88**
AMOUNT

VOID THIS IS NOT A CHECK .................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

## PERSONAL AND CHECK INFORMATION

Russell A Mervine
719 Jansen Ave
Essington, PA 19029-1110
Soc Sec #: xxx-xx-xxxx    Employee ID: 19

Home Department: 1 Bi-Weekly

Pay Period: 01/08/23 to 01/21/23
Check Date: 01/27/23    Check #: 649

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1492.88 | 2826.01 |
| NET PAY | 1492.88 | 2826.01 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 66.0000 | 22.3400 | 1474.44 | 130.0000 | 2904.20 |
| | P Day OT. | 13.0000 | 33.5100 | 435.63 | 21.0000 | 703.71 |
| | Total Hours | 79.0000 | | | 151.0000 | |
| | Gross Earnings | | | 1910.07 | | 3607.91 |
| | Total Hrs Worked | 79.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 118.42 | 223.69 |
| Medicare | | 27.69 | 52.31 |
| Fed Income Tax | S 1 | 176.67 | 327.87 |
| PA Income Tax | | 58.64 | 110.76 |
| PA Unemploy | | 1.34 | 2.53 |
| PA LTRAI-Del LS | | 2.00 | 2.00 |
| PA TRAIN-Del Inc | | 19.10 | 36.08 |
| TOTAL | | 403.86 | 755.24 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 26.66 |
| TOTAL | 13.33 | 26.66 |

### NET PAY

| | THIS PERIOD ($) | YTD |
|---|---|---|
| | 1492.88 | 282 |

TRAINER BOROUGH
824 Main Street
Trainer PA 19061-1

1304-2813
ORG: 0 Bi-Weekly
EE ID: 19       DD

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA 19029-1110

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA 19029-1110
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 19

**Home Department:** 1 Bi-Weekly

**Pay Period:** 01/22/23 **to** 02/04/23
**Check Date:** 02/10/23    **Check #:** 675
NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1552.47 | 4378.48 |
| **NET PAY** | **1552.47** | **4378.48** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 62.0000 | 22.3400 | 1385.08 | 192.0000 | 4289.28 |
| | P Day OT. | 18.0000 | 33.5100 | 603.18 | 39.0000 | 1306.89 |
| | **Total Hours** | 80.0000 | | | 231.0000 | |
| | **Gross Earnings** | | | 1988.26 | | 5596.17 |
| | **Total Hrs Worked** | 80.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 123.27 | 346.96 |
| Medicare | | 28.83 | 81.14 |
| Fed Income Tax | S 1 | 186.05 | 513.92 |
| PA Income Tax | | 61.04 | 171.80 |
| PA Unemploy | | 1.39 | 3.92 |
| PA LTRAI-Del LS | | 2.00 | 4.00 |
| PA TRAIN-Del Inc | | 19.88 | 55.96 |
| **TOTAL** | | 422.46 | 1177.70 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 39.99 |
| **TOTAL** | 13.33 | 39.99 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1552.47** | **4378.48** |

Payrolls by Paychex, Inc.
0027 1304-2813  Trainer Borough • 824 Main Street • Trainer PA 19061-1 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA  19061-1

1304-2813
ORG: 0 Bi-Weekly
EE ID: 19         DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029-1110

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA  19029-1110
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 19

**Home Department:** 1 Bi-Weekly

**Pay Period:** 01/08/23 **to** 01/21/23
**Check Date:** 01/27/23    **Check #:** 649

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1492.88 | 2826.01 |
| **NET PAY** | **1492.88** | **2826.01** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 66.0000 | 22.3400 | 1474.44 | 130.0000 | 2904.20 |
| | P Day OT. | 13.0000 | 33.5100 | 435.63 | 21.0000 | 703.71 |
| | **Total Hours** | 79.0000 | | | 151.0000 | |
| | **Gross Earnings** | | | 1910.07 | | 3607.91 |
| | **Total Hrs Worked** | 79.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 118.42 | 223.69 |
| Medicare | | 27.69 | 52.31 |
| Fed Income Tax | S 1 | 176.67 | 327.87 |
| PA Income Tax | | 58.64 | 110.76 |
| PA Unemploy | | 1.34 | 2.53 |
| PA LTRAI-Del LS | | 2.00 | 2.00 |
| PA TRAIN-Del Inc | | 19.10 | 36.08 |
| **TOTAL** | | 403.86 | 755.24 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 26.66 |
| **TOTAL** | **13.33** | **26.66** |

**NET PAY**    THIS PERIOD ($) **1492.88**    YTD ($) **2826.01**

*Payrolls by Paychex, Inc.*
0027  1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061-1 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA 19061-1

0027 1304-2813
ORG: Bi-Weekly
EE ID: 19    DD

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA 19029

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA 19029
Soc Sec #: xxx-xx-xxxx    Employee ID: 19

Home Department: 1 Bi-Weekly

Pay Period: 11/27/22 to 12/10/22
Check Date: 12/16/22    Check #: 583

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1303.11 | 18514.99 |
| Chkg 479 | 0.00 | 14858.54 |
| NET PAY | 1303.11 | 33373.53 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 64.0000 | 21.9000 | 1401.60 | 1864.0000 | 40821.60 |
| | P Day OT. | 8.0000 | 32.8500 | 262.80 | 58.0000 | 1905.30 |
| | Total Hours | 72.0000 | | | 1922.0000 | |
| | Gross Earnings | | | 1664.40 | | 42726.90 |
| | Total Hrs Worked | 72.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 103.19 | 2649.07 |
| Medicare | | 24.13 | 619.54 |
| Fed Income Tax | S 1 | 151.90 | 4000.15 |
| PA Income Tax | | 51.10 | 1311.76 |
| PA Unemploy | | 1.00 | 25.65 |
| PA TRAIN-Del Inc | | 16.64 | 427.28 |
| TOTAL | | 347.96 | 9033.45 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 319.92 |
| TOTAL | 13.33 | 319.92 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1303.11 | 33373.53 |

Payrolls by Paychex, Inc.
0027 1304-2813 Trainer Borough • 824 Main Street • Trainer PA 19061-1 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA  19061-1

ORG: 1304-2813
EE ID: 19    Bi-Weekly    DD

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA  19029

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION

Russell A Mervine
719 Jansen Ave
Essington, PA  19029
Soc Sec #: xxx-xx-xxxx    Employee ID: 19

Home Department: 1 Bi-Weekly

Pay Period: 12/11/22 to 12/24/22
Check Date: 12/30/22    Check #: 608

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1283.04 | 19798.03 |
| Chkg 479 | 0.00 | 14858.54 |
| NET PAY | 1283.04 | 34656.57 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 74.0000 | 21.9000 | 1620.60 | 1938.0000 | 42442.20 |
| | P Day OT. | | | | 58.0000 | 1905.30 |
| | Total Hours | 74.0000 | | | 1996.0000 | |
| | Gross Earnings | | | 1620.60 | | 44347.50 |
| | Total Hrs Worked | 74.0000 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 100.48 | 2749.55 |
| Medicare | | 23.50 | 643.04 |
| Fed Income Tax | S 1 | 146.65 | 4146.80 |
| PA Income Tax | | 49.75 | 1361.51 |
| PA Unemploy | | 0.97 | 26.62 |
| PA TRAIN-Del Inc | | 16.21 | 443.49 |
| TOTAL | | 337.56 | 9371.01 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | | 319.92 |
| TOTAL | | 319.92 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1283.04 | 34656.57 |

Payrolls by Paychex, Inc.
0027 1304-2813  Trainer Borough • 824 Main Street • Trainer PA  19061-1 • (610) 497-3838

TRAINER BOROUGH
824 Main Street
Trainer PA 19061-1

1304-2813
ORG/DEPT
EE ID: 19      DD

NON-NEGOTIABLE

RUSSELL A MERVINE
719 JANSEN AVE
ESSINGTON PA 19029

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Russell A Mervine
719 Jansen Ave
Essington, PA 19029
Soc Sec #: xxx-xx-xxxx    Employee ID: 19

Home Department: 1 Bi-Weekly

Pay Period: 12/25/22 to 01/07/23
Check Date: 01/13/23    Check #: 633

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 089 | 1333.13 | 1333.13 |
| NET PAY | 1333.13 | 1333.13 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 64.0000 | 22.3400 | 1429.76 | 64.0000 | 1429.76 |
| | P Day OT. | 8.0000 | 33.5100 | 268.08 | 8.0000 | 268.08 |
| | Total Hours | 72.0000 | | | 72.0000 | |
| | Gross Earnings | | | 1697.84 | | 1697.84 |
| | Total Hrs Worked | 72.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 105.27 | 105.27 |
| Medicare | | 24.62 | 24.62 |
| Fed Income Tax | S 1 | 151.20 | 151.20 |
| PA Income Tax | | 52.12 | 52.12 |
| PA Unemploy | | 1.19 | 1.19 |
| PA TRAIN-Del Inc | | 16.98 | 16.98 |
| TOTAL | | 351.38 | 351.38 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| FOP Dues | 13.33 | 13.33 |
| TOTAL | 13.33 | 13.33 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1333.13 | 1333.13 |

Payrolls by Paychex, Inc.
0027 1304-2813 Trainer Borough • 824 Main Street • Trainer PA 19061-1 • (610) 497-3838

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

| | |
|---|---|
| Voucher Date | Voucher Number |
| 01/27/2023 | 3794 |

***** This is not a check *****

Direct Deposit Amount    $ *******517.59

3988TPA 69848 3794 88 PCA

Pay to the order of: **Brenda Mowbray Mervine**
719 Jansen Avenue
Essington, PA 19029

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mowbray Mervine

| | | | |
|---|---|---|---|
| Employee Id | 69848 | Voucher Number: | 3794 |
| Hire Date | 09/26/2022 | Check Date | 01/27/2023 |
| Employee Status | A | Period Begin | 01/15/2023 |
| | | Period End | 01/21/2023 |

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 01/17/2023 | 8.00 | 14.50 | 116.00 | 2,320.00 |
| Hourly | 01/18/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 01/19/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 01/20/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 01/21/2023 | 6.00 | 14.50 | 87.00 | |
| Hourly OT | 01/21/2023 | 2.00 | 21.75 | 43.50 | 174.00 |
| | | 42.00 | | 623.50 | 2,494.00 |

### Taxes

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 38.63 | 154.52 |
| OASDI | | 623.50 | 38.66 | 154.63 |
| Medicare | | 623.50 | 9.04 | 36.16 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 76.56 |
| PA SUI - EE | | 623.50 | 0.44 | 1.75 |
| | | | 105.91 | 423.62 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -86.33 |
| State and Local Taxes | -19.58 |
| Other Deductions | 0.00 |
| Net Pay | 517.59 |
| Direct Deposits | 517.59 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Tue | 01/17 | 07:54AM | 03:54PM | 8.00 |
| Wed | 01/18 | 08:00AM | 04:00PM | 8.00 |
| Thu | 01/19 | 07:55AM | 04:55PM | 9.00 |
| Fri | 01/20 | 07:52AM | 04:52PM | 9.00 |
| Sat | 01/21 | 06:57AM | 02:57PM | 8.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 517.59 |
| | | 517.59 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 01/06/2023

Voucher Number: 3417

***** This is not a check *****

Direct Deposit Amount    $ *******517.59

3988TPA 69848 3417 73 PCA

Pay to the order of: **Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mervine

| | |
|---|---|
| Employee Id | 69848 |
| Hire Date | 09/26/2022 |
| Employee Status | A |

| | |
|---|---|
| Voucher Number: | 3417 |
| Check Date | 01/06/2023 |
| Period Begin | 12/25/2022 |
| Period End | 12/31/2022 |

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 12/26/2022 | 8.00 | 14.50 | 116.00 | 580.00 |
| Hourly | 12/27/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/28/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/29/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 12/30/2022 | 7.00 | 14.50 | 101.50 | |
| Hourly OT | 12/30/2022 | 2.00 | 21.75 | 43.50 | 43.50 |
| | | 42.00 | | 623.50 | 623.50 |

### Taxes

| | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 38.63 | 38.63 |
| OASDI | | 623.50 | 38.66 | 38.66 |
| Medicare | | 623.50 | 9.04 | 9.04 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 19.14 |
| PA SUI - EE | | 623.50 | 0.44 | 0.44 |
| | | | 105.91 | 105.91 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -86.33 |
| State and Local Taxes | -19.58 |
| Other Deductions | 0.00 |
| Net Pay | 517.59 |
| Direct Deposits | 517.59 |
| Net Check | 0.00 |

### Punches

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 12/26 | 07:54AM | 03:54PM | 8.00 |
| Tue | 12/27 | 07:55AM | 03:55PM | 8.00 |
| Wed | 12/28 | 07:52AM | 03:52PM | 8.00 |
| Thu | 12/29 | 07:53AM | 04:53PM | 9.00 |
| Fri | 12/30 | 07:58AM | 04:58PM | 9.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 517.59 |
| | | 517.59 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 12/30/2022
Voucher Number: 3303

***** This is not a check *****

Direct Deposit Amount  $ *******515.31

3988TPA 69848 3303 71 PCA

Pay to the order of: **Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 3303
Check Date: 12/30/2022
Period Begin: 12/18/2022
Period End: 12/24/2022

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 12/19/2022 | 8.00 | 14.50 | 116.00 | 7,540.00 |
| Hourly | 12/20/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/21/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/22/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 12/23/2022 | 7.00 | 14.50 | 101.50 | |
| Bonus | | 0.00 | | 0.00 | 250.00 |
| Hourly OT | 12/23/2022 | 2.00 | 21.75 | 43.50 | 565.50 |
| | | 42.00 | | 623.50 | 8,355.50 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 40.98 | 562.74 |
| OASDI | | 623.50 | 38.66 | 518.04 |
| Medicare | | 623.50 | 9.04 | 121.15 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 256.50 |
| PA SUI - EE | | 623.50 | 0.37 | 5.01 |
| | | | 108.19 | 1,463.44 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -88.68 |
| State and Local Taxes | -19.51 |
| Other Deductions | 0.00 |
| Net Pay | 515.31 |
| Direct Deposits | 515.31 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 12/19 | 07:53AM | 03:53PM | 8.00 |
| Tue | 12/20 | 07:50AM | 03:50PM | 8.00 |
| Wed | 12/21 | 07:52AM | 03:52PM | 8.00 |
| Thu | 12/22 | 07:52AM | 04:52PM | 9.00 |
| Fri | 12/23 | 07:53AM | 04:53PM | 9.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 515.31 |
| | | 515.31 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 12/23/2022
Voucher Number: 3190

***** This is not a check *****

Direct Deposit Amount    $ *******515.32

3988TPA 69848 3190 73 PCA

Pay to the order of:
**Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 3190
Check Date: 12/23/2022
Period Begin: 12/11/2022
Period End: 12/17/2022

## Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 12/12/2022 | 8.00 | 14.50 | 116.00 | 6,960.00 |
| Hourly | 12/13/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/14/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/15/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 12/16/2022 | 7.00 | 14.50 | 101.50 | |
| Bonus | | 0.00 | | 0.00 | 250.00 |
| Hourly OT | 12/16/2022 | 2.00 | 21.75 | 43.50 | 522.00 |
| | | 42.00 | | 623.50 | 7,732.00 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 40.98 | 521.76 |
| OASDI | | 623.50 | 38.65 | 479.38 |
| Medicare | | 623.50 | 9.04 | 112.11 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 237.36 |
| PA SUI - EE | | 623.50 | 0.37 | 4.64 |
| | | | 108.18 | 1,355.25 |

## Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -88.67 |
| State and Local Taxes | -19.51 |
| Other Deductions | 0.00 |
| Net Pay | 515.32 |
| Direct Deposits | 515.32 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 12/12 | 07:52AM | 03:52PM | 8.00 |
| Tue | 12/13 | 07:52AM | 03:52PM | 8.00 |
| Wed | 12/14 | 07:56AM | 03:56PM | 8.00 |
| Thu | 12/15 | 07:54AM | 04:54PM | 9.00 |
| Fri | 12/16 | 07:53AM | 04:53PM | 9.00 |

## Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 515.32 |
| | | 515.32 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 12/16/2022
Voucher Number: 3079

***** This is not a check *****

Direct Deposit Amount  $ *******708.35

3988TPA 69848 3079 76 PCA

Pay to the order of: **Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 3079
Check Date: 12/16/2022
Period Begin: 12/04/2022
Period End: 12/10/2022

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 12/05/2022 | 8.00 | 14.50 | 116.00 | 6,380.00 |
| Hourly | 12/06/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/07/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/08/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 12/09/2022 | 7.00 | 14.50 | 101.50 | |
| Bonus | 12/04/2022 | 0.00 | | 250.00 | 250.00 |
| Hourly OT | 12/09/2022 | 2.00 | 21.75 | 43.50 | 478.50 |
| | | 42.00 | | 873.50 | 7,108.50 |

### Taxes

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 873.50 | 70.98 | 480.78 |
| OASDI | | 873.50 | 54.16 | 440.73 |
| Medicare | | 873.50 | 12.66 | 103.07 |
| Pennsylvania SI | S-0 | 873.50 | 26.82 | 218.22 |
| PA SUI - EE | | 873.50 | 0.53 | 4.27 |
| | | | 165.15 | 1,247.07 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 873.50 |
| Federal Taxes | -137.80 |
| State and Local Taxes | -27.35 |
| Other Deductions | 0.00 |
| Net Pay | 708.35 |
| Direct Deposits | 708.35 |
| Net Check | 0.00 |

### Punches

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 12/05 | 07:54AM | 03:54PM | 8.00 |
| Tue | 12/06 | 07:54AM | 03:54PM | 8.00 |
| Wed | 12/07 | 07:54AM | 03:54PM | 8.00 |
| Thu | 12/08 | 07:54AM | 04:54PM | 9.00 |
| Fri | 12/09 | 07:53AM | 04:53PM | 9.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 708.35 |
| | | 708.35 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 12/09/2022
Voucher Number: 2968

***** This is not a check *****

Direct Deposit Amount  $ *******515.31

3988TPA 69848 2968 76 PCA

Pay to the order of:
**Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

**Brenda Mervine**
| | |
|---|---|
| Employee Id | 69848 |
| Hire Date | 09/26/2022 |
| Employee Status | A |

| | |
|---|---|
| Voucher Number: | 2968 |
| Check Date | 12/09/2022 |
| Period Begin | 11/27/2022 |
| Period End | 12/03/2022 |

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 11/28/2022 | 8.00 | 14.50 | 116.00 | 5,800.00 |
| Hourly | 11/29/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 11/30/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 12/01/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 12/02/2022 | 7.00 | 14.50 | 101.50 | |
| Hourly OT | 12/02/2022 | 2.00 | 21.75 | 43.50 | 435.00 |
| | | 42.00 | | 623.50 | 6,235.00 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 40.98 | 409.80 |
| OASDI | | 623.50 | 38.66 | 386.57 |
| Medicare | | 623.50 | 9.04 | 90.41 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 191.40 |
| PA SUI - EE | | 623.50 | 0.37 | 3.74 |
| | | | 108.19 | 1,081.92 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -88.68 |
| State and Local Taxes | -19.51 |
| Other Deductions | 0.00 |
| Net Pay | 515.31 |
| Direct Deposits | 515.31 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 11/28 | 07:54AM | 03:54PM | 8.00 |
| Tue | 11/29 | 07:51AM | 03:51PM | 8.00 |
| Wed | 11/30 | 07:56AM | 03:56PM | 8.00 |
| Thu | 12/01 | 07:59AM | 04:59PM | 9.00 |
| Fri | 12/02 | 07:55AM | 04:55PM | 9.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 515.31 |
| | | 515.31 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

**Voucher Date** 12/02/2022
**Voucher Number** 2858

***** This is not a check *****

**Direct Deposit Amount**   $ *******515.31

3988TPA 69848 2858 74 PCA

Pay to the order of: **Brenda Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

**Brenda Mervine**
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 2858
Check Date: 12/02/2022
Period Begin: 11/20/2022
Period End: 11/26/2022

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 11/21/2022 | 8.00 | 14.50 | 116.00 | 5,220.00 |
| Hourly | 11/22/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 11/23/2022 | 8.00 | 14.50 | 116.00 | |
| Hourly | 11/24/2022 | 9.00 | 14.50 | 130.50 | |
| Hourly | 11/25/2022 | 7.00 | 14.50 | 101.50 | |
| Hourly OT | 11/25/2022 | 2.00 | 21.75 | 43.50 | 391.50 |
| | | 42.00 | | 623.50 | 5,611.50 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 40.98 | 368.82 |
| OASDI | | 623.50 | 38.65 | 347.91 |
| Medicare | | 623.50 | 9.04 | 81.37 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 172.26 |
| PA SUI - EE | | 623.50 | 0.38 | 3.37 |
| | | | 108.19 | 973.73 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -88.67 |
| State and Local Taxes | -19.52 |
| Other Deductions | 0.00 |
| Net Pay | 515.31 |
| Direct Deposits | 515.31 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 11/21 | 07:54AM | 03:54PM | 8.00 |
| Tue | 11/22 | 08:00AM | 04:00PM | 8.00 |
| Wed | 11/23 | 07:54AM | 03:54PM | 8.00 |
| Thu | 11/24 | 07:57AM | 04:57PM | 9.00 |
| Fri | 11/25 | 07:56AM | 04:56PM | 9.00 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 515.31 |
| | | 515.31 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

**Voucher Date**
01/20/2023

**Voucher Number**
3669

***** This is not a check *****

**Direct Deposit Amount**  $ *******517.59

3988TPA 69848 3669 87 PCA

Pay to the order of: **Brenda Mowbray Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

**Brenda Mowbray Mervine**
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

**Voucher Number: 3669**
Check Date: 01/20/2023
Period Begin: 01/08/2023
Period End: 01/14/2023

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 01/09/2023 | 8.00 | 14.50 | 116.00 | 1,740.00 |
| Hourly | 01/10/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 01/11/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 01/12/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 01/13/2023 | 7.00 | 14.50 | 101.50 | |
| Hourly OT | 01/13/2023 | 2.00 | 21.75 | 43.50 | 130.50 |
| | | 42.00 | | 623.50 | 1,870.50 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 623.50 | 38.63 | 115.89 |
| OASDI | | 623.50 | 38.66 | 115.97 |
| Medicare | | 623.50 | 9.04 | 27.12 |
| Pennsylvania SI | S-0 | 623.50 | 19.14 | 57.42 |
| PA SUI - EE | | 623.50 | 0.44 | 1.31 |
| | | | 105.91 | 317.71 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 517.59 |
| | | 517.59 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 623.50 |
| Federal Taxes | -86.33 |
| State and Local Taxes | -19.58 |
| Other Deductions | 0.00 |
| Net Pay | 517.59 |
| Direct Deposits | 517.59 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Mon | 01/09 | 07:52AM | 03:52PM | 8.00 |
| Tue | 01/10 | 07:55AM | 03:55PM | 8.00 |
| Wed | 01/11 | 07:58AM | 03:58PM | 8.00 |
| Thu | 01/12 | 07:55AM | 04:55PM | 9.00 |
| Fri | 01/13 | 07:55AM | 04:55PM | 9.00 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 02/10/2023
Voucher Number: 4062

***** This is not a check *****

Direct Deposit Amount    $ *******513.41

3988TPA 69848 4062 100 PCA

Pay to the order of: **Brenda Mowbray Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mowbray Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 4062
Check Date: 02/10/2023
Period Begin: 01/29/2023
Period End: 02/04/2023

### Pay Details

| Earnings | Begin Date | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly | 01/31/2023 | 8.00 | 14.50 | 116.00 | 3,480.00 |
| Hourly | 02/01/2023 | 8.00 | 14.50 | 116.00 | |
| Hourly | 02/02/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 02/03/2023 | 9.00 | 14.50 | 130.50 | |
| Hourly | 02/04/2023 | 6.00 | 14.50 | 87.00 | |
| Hourly OT | 02/04/2023 | 1.75 | 21.75 | 38.06 | 255.56 |
| | | 41.75 | | 618.06 | 3,735.56 |

| Taxes | | Taxable | Amount | YTD |
|---|---|---|---|---|
| Federal Income | S- | 618.06 | 37.97 | 231.12 |
| OASDI | | 618.06 | 38.31 | 231.60 |
| Medicare | | 618.06 | 8.97 | 54.17 |
| Pennsylvania SI | S-0 | 618.06 | 18.97 | 114.67 |
| PA SUI - EE | | 618.06 | 0.43 | 2.61 |
| | | | 104.65 | 634.17 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 618.06 |
| Federal Taxes | -85.25 |
| State and Local Taxes | -19.40 |
| Other Deductions | 0.00 |
| Net Pay | 513.41 |
| Direct Deposits | 513.41 |
| Net Check | 0.00 |

| Punches | Date | In | Out | Hours |
|---|---|---|---|---|
| Tue | 01/31 | 07:54AM | 03:54PM | 8.00 |
| Wed | 02/01 | 01:57PM | 09:57PM | 8.00 |
| Thu | 02/02 | 07:54AM | 04:54PM | 9.00 |
| Fri | 02/03 | 07:54AM | 04:54PM | 9.00 |
| Sat | 02/04 | 07:01AM | 02:46PM | 7.75 |

### Other Info

| Direct Deposits | | Amount |
|---|---|---|
| COMMERCE BANK OF PA | ****1089 | 513.41 |
| | | 513.41 |

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Voucher Date: 02/17/2023
Voucher Number: 4206

***** This is not a check *****

Direct Deposit Amount    $ ********651.94

3988TPA 69848 4206 100 PCA

Pay to the order of:
**Brenda Mowbray Mervine**
719 Jansen Avenue
Essington, PA 19029

---

**Freedom Care LLC**
3280 Nostrand Ave Apt 410
Brooklyn, NY 11229

Brenda Mowbray Mervine
Employee Id: 69848
Hire Date: 09/26/2022
Employee Status: A

Voucher Number: 4206
Check Date: 02/17/2023
Period Begin: 02/05/2023
Period End: 02/11/2023

### Pay Details

| Earnings   | Begin Date | Hours | Rate  | Amount | YTD      |
|------------|------------|-------|-------|--------|----------|
| Hourly     | 02/06/2023 | 8.00  | 14.50 | 116.00 | 4,060.00 |
| Hourly     | 02/07/2023 | 8.00  | 14.50 | 116.00 |          |
| Hourly     | 02/08/2023 | 8.00  | 14.50 | 116.00 |          |
| Hourly     | 02/09/2023 | 9.00  | 14.50 | 130.50 |          |
| Hourly     | 02/10/2023 | 7.00  | 14.50 | 101.50 |          |
| Hourly OT  | 02/10/2023 | 2.00  | 21.75 | 43.50  | 473.06   |
| Hourly OT  | 02/11/2023 | 8.00  | 21.75 | 174.00 |          |
|            |            | 50.00 |       | 797.50 | 4,533.06 |

### Taxes

| Taxes           |     | Taxable | Amount | YTD    |
|-----------------|-----|---------|--------|--------|
| Federal Income  | S-  | 797.50  | 59.51  | 290.63 |
| OASDI           |     | 797.50  | 49.45  | 281.05 |
| Medicare        |     | 797.50  | 11.56  | 65.73  |
| Pennsylvania SI | S-0 | 797.50  | 24.48  | 139.15 |
| PA SUI - EE     |     | 797.50  | 0.56   | 3.17   |
|                 |     |         | 145.56 | 779.73 |

### Other Info

| Direct Deposits      |        | Amount |
|----------------------|--------|--------|
| COMMERCE BANK OF PA  | ****1089 | 651.94 |
|                      |        | 651.94 |

### Statement Summary

| | |
|---|---|
| Gross Pay | 797.50 |
| Federal Taxes | -120.52 |
| State and Local Taxes | -25.04 |
| Other Deductions | 0.00 |
| Net Pay | 651.94 |
| Direct Deposits | 651.94 |
| Net Check | 0.00 |

| Punches | Date  | In       | Out      | Hours |
|---------|-------|----------|----------|-------|
| Mon     | 02/06 | 08:00AM  | 04:00PM  | 8.00  |
| Tue     | 02/07 | 07:53AM  | 03:53PM  | 8.00  |
| Wed     | 02/08 | 07:53AM  | 03:53PM  | 8.00  |
| Thu     | 02/09 | 07:53AM  | 04:53PM  | 9.00  |
| Fri     | 02/10 | 07:40AM  | 04:40PM  | 9.00  |
| Sat     | 02/11 | 07:01AM  | 03:01PM  | 8.00  |