IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRENDA MERVINE, and<br>RUSSELL A. MERVINE, SR.,<br><br>      Debtor,<br><br>GLOBAL LENDING SERVICES LLC,<br><br>      Movant,<br><br>  v.<br><br>BRENDA MERVINE,<br>RUSSELL A. MERVINE, SR., and<br>KENNETH A. WEST, Trustee,<br>      Respondents. | Bankruptcy No. 23-10400-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 20 |

PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

      Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Global Lending Services LLC on March 10, 2023 at Document No. 20. The Debtor's Second Amended Chapter 13 Plan filed on May 1, 2023 at Document No. 31 resolves the Objection to Confirmation of Plan.

Dated: May 3, 2023

      Respectfully submitted,

      By: /s/ Keri P. Ebeck
      Keri P. Ebeck
      PA I.D. # 91298
      kebeck@bernsteinlaw.com
      601 Grant Street, 9th Floor
      Pittsburgh, PA 15219
      412-456-8112
      Fax: 412-456-8135

      *Counsel for Global Lending Services LLC*