United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10400-mdc |
| Brenda Mervine | Chapter 13 |
| Russell A. Mervine, Sr. | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 01, 2023 | Form ID: 155 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brenda Mervine, Russell A. Mervine, Sr., 719 Jansen Avenue, Essington, PA 19029-1110 |
| 14756173 | | Aqua Pennsylvania Inc, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 14756183 | | CKS Prime Investments, LLC, C/O Demetrios H. Tsarouhis,Esquire, 21 S 9th Street, Allentown, PA 18102-4861 |
| 14756192 | + | Growcredit, 1447 2nd Street, Suite 200, Santa Monica, CA 90401-3404 |
| 14756193 | + | Hope Veterinary Specialists, 40 Three Tun Rd, Malvern, PA 19355-3984 |
| 14756200 | | Magisterial District 32-2-44, 917 Lincoln Ave, Prospect Park, PA 19076-1414 |
| 14756201 | + | Microf, 1000 Holcomb Woods Parkway, Suite 417, Roswell, GA 30076-2585 |
| 14756206 | | PA Dept of Revenue-Bureau of Compliance, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14786466 | + | Tinicum Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14756630 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14772411 | + | Email/Text: g17768@att.com | Jun 02 2023 00:49:00 | AT&T CORP, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14772413 | + | Email/Text: g20956@att.com | Jun 02 2023 00:49:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14756174 | + | Email/Text: g20956@att.com | Jun 02 2023 00:49:00 | AT&T Mobility II, LLC, One AT&T Way, Suite 3A104, Bedminster, NJ 07921-2693 |
| 14756171 | + | Email/Text: bankruptcynotices@aarons.com | Jun 02 2023 00:49:00 | Aaron Furniture, 1740 N. Olden Ave, Suite A5, Trenton, NJ 08638-3110 |
| 14756172 | + | Email/Text: bncmail@w-legal.com | Jun 02 2023 00:49:00 | Alliant Capital Management -HDH, C/O Weinstein & Riley PS, 2001 Western ave suite 400, Seattle, WA 98121-3132 |
| 14762859 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:55:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14756175 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 02 2023 00:49:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14756184 | | Email/Text: cfcbackoffice@contfinco.com | Jun 02 2023 00:49:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14756176 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 02 2023 00:49:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14773675 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2023 00:55:43 | Capital Bank, Resurgent Capital Services, PO Box |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 10368, Greenville, SC 29603-0368 |
| 14756177 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 02 2023 00:55:54 | Capital Bank N.A., Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14756178 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2023 00:55:53 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14756179 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2023 00:56:01 | Capital One Auto Finance, Attn: Bankruptcy, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14756180 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 02 2023 00:56:02 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14757354 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2023 00:55:43 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14764518 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 02 2023 00:56:04 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14756181 | + | Email/Text: rm-bknotices@bridgecrest.com | Jun 02 2023 00:49:00 | Carvana LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14756182 | + | Email/Text: bankruptcy@cavps.com | Jun 02 2023 00:49:00 | Cavalry SPV I , LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14756189 | | Email/Text: BNSFS@capitalsvcs.com | Jun 02 2023 00:49:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14756186 | + | Email/Text: bnc-bluestem@quantum3group.com | Jun 02 2023 00:49:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14756187 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 02 2023 00:55:43 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14756188 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jun 02 2023 00:49:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14761592 | | Email/Text: bankruptcy@glsllc.com | Jun 02 2023 00:49:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14756191 | | Email/Text: bankruptcy@glsllc.com | Jun 02 2023 00:49:00 | Global Lending Services LLC, Attn: Bankruptcy, 1200 Brookfield Blvd, Suite 300, Greenville, SC 29607 |
| 14756194 | + | Email/Text: Bankruptcy@ICSystem.com | Jun 02 2023 00:49:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 14774071 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2023 00:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14756195 | + | Email/Text: bankruptcy@kikoff.com | Jun 02 2023 00:49:00 | Kikoff Lending Llc, Attn: Bankruptcy, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14756196 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2023 00:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14756198 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:56:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14756199 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:55:43 | LVNV Funding, Resurgent Capital Services, Attn: Bankruptcy, Po Box 10587, Greenville, SC 29603-0587 |
| 14758238 | | ^ MEBN | Jun 02 2023 00:46:36 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14775490 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 02 2023 00:49:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14756197 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 02 2023 00:49:00 | Loancare, Cit Bank,, 3637 Sentara Way, Virginia |

Case 23-10400-mdc    Doc 40    Filed 06/03/23    Entered 06/04/23 00:34:27    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: 155 | Total Noticed: 66 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Beach, VA 23452-4262 |
| 14756202 | + | Email/Text: bk@microf.com | Jun 02 2023 00:49:00 | Microf, PO Box 70085, Albany, GA 31708-0085 |
| 14775519 | + | Email/Text: bk@microf.com | Jun 02 2023 00:49:00 | Microf LLC, 2849 Paces Ferry Rd SE, Suite 625, Atlanta, GA 30339-5742 |
| 14756203 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 02 2023 00:49:00 | Midland Credit Management, Inc, PO Box 2037, Warren, MI 48090-2037 |
| 14756204 | ^ | MEBN | Jun 02 2023 00:46:37 | Mngh Llc, Attn: Bankruptcy, 5401 W Kennedy Blvd #1030, Tampa, FL 33609-2450 |
| 14756205 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 02 2023 00:55:43 | Orion Portfolio Services II, LLC, C/O PRA Receivabls Managaement LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 14756207 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 02 2023 00:49:00 | PECO, 2301Market Street,04NW, Philadelphia, PA 19103-1380 |
| 14756209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 02 2023 00:56:01 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14756798 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 02 2023 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14756208 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:55:45 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Buffalo, NY 14219-2553 |
| 14756210 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2023 00:49:00 | Premier Bankcard LLC, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 14756211 | | Email/Text: joey@rmscollect.com | Jun 02 2023 00:49:00 | Receivable Management Inc, 7206 Hull Road, Suite 211, Richmond, VA 23235 |
| 14775506 | + | Email/Text: bncmail@w-legal.com | Jun 02 2023 00:49:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14756212 | + | Email/Text: bankruptcy@sccompanies.com | Jun 02 2023 00:49:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14756213 | + | Email/Text: clientservices@simonsagency.com | Jun 02 2023 00:49:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14756353 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2023 00:56:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14756214 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 02 2023 00:55:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14756215 | + | Email/Text: documentfiling@lciinc.com | Jun 02 2023 00:49:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14756216 | ^ | MEBN | Jun 02 2023 00:46:28 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 14756217 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 02 2023 00:55:44 | U.S. Department of Housing and Urban Dev, 100 Penn Square East, Philadelphia, PA 19107 |
| 14756218 | | Email/Text: electronicbkydocs@nelnet.net | Jun 02 2023 00:49:00 | United States Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 14772211 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2023 00:56:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14756219 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2023 00:56:04 | Verizon Wireless, American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14756220 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 02 2023 00:55:54 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14756185 | | Denise Carlon, Esquire, dcarlon@kmllawgroup.com |
| 14756190 | | Fst Premier |
| 14775507 | *+ | Alliant Capital Management - HDH, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE., STE 400, SEATTLE, WA 98121-3132 |
| 14775276 | *+ | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Global Lending Services LLC kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MICHAEL A. CATALDO | on behalf of Debtor Brenda Mervine mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CATALDO | on behalf of Joint Debtor Russell A. Mervine Sr. mcataldo@gsbblaw.com, bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Brenda Mervine and Russell A. Mervine, Sr.

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10400−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this June 1, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

38
Form 155