**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Brenda M. Mervine, | : | |
| Russell A. Mervine, Sr. | : | |
| | : | Bankruptcy No: 23-10400-mdc |
| Debtors. | | |

## <u>ORDER APPROVING APPLICATION FOR COMPENSATION</u>

AND NOW, this ___24th___ day of _____July_____, 20_23_, upon

consideration of the Application for Compensation, it is

ORDERED that compensation of $7,000.00 is allowed and the balance due to counsel in

the amount of $6,000.00 shall be disbursed by the Trustee to the extent provided for in the

confirmed plan.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE