**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Brenda Mervine | Chapter 13: 23-10400amc |
| And | |
| Russell Mervine | |

**CERTIFICATION OF SERVICE**

**OF SUPPLEMENTAL FEE APPLICATION**

I, Michael A. Cataldo, hereby certify that a true and correct copy of the Supplemental Fee Application and form of Order were served upon the Debtor and the Trustee by electronic means on the date set forth below,

RESPECTFULLY SUBMITTED

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated:  July 26, 2024               */s/ Michael A. Cataldo*

Michael A. Cataldo (No. 49431)
901 Market Street
Suite 3020, 3rd Floor
Philadelphia, PA 19107
Telephone:  (215) 238-0010
Facsimile:  (215) 238-0016
mcataldo@gsbblaw.com

*Counsel to the Debtor*