IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Brenda Mervine and Russell A. Mervine, Sr.,<br><br>Debtor(s). | Case No: 23-10400 amc<br>Chapter 13 |

## CERTIFICATION OF NO RESPONSE
## REGARDING DOCKET NO. 52

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the First Motion to Modify Plan. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the First Motion to Modify Plan appears thereon.

Counsel for Debtors certifies that the Motion is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated: 8/30/2024                By:  /s/Michael A. Cataldo
                                Michael A. Cataldo, Esquire
                                Gellert, Seitz, Busenkell & Brown, LLC
                                901 Market Street.
                                Suite 3020, 3rd Floor
                                Philadelphia, PA 19107
                                215-238-0015
                                mcataldo@gsbblaw.com

                                *Counsel for the Debtors*