**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Brenda Mervine                 Chapter 13:  23- 10400 amc

       **And**

     **Russell Mervine**

**ORDER**

And Now, this   6th   day of   Sept.   , 2024, upon consideration of Debtors'
Motion to Modify Plan after Confirmation, and after a hearing

It is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT

_____

Ashely M. Chan
U.S. Bankruptcy Judge