IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Brenda Mervine,<br>Russell Mervine,<br>　　　　Debtors(s) | Case No: 23-10400 amc<br>Chapter 13 |

### CERTIFICATION OF NO RESPONSE
### REGARDING DOCKET NO. 73

    The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Second Supplemental Application for Compensation and Reimbursement of Expenses.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Second Supplemental Application for Compensation and Reimbursement of Expenses appears thereon.  Counsel for Debtors certifies that the Application is unopposed and that the Order can be signed granting the requested relief.

    It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SEITZ BUSENKELL & BROWN, LLC


Dated: 11/26/2024　　　　　　　　By:　/s/Michael A. Cataldo
　　　　　　　　　　　　　　　　　　MICHAEL A. CATALDO (PA 49431)
　　　　　　　　　　　　　　　　　　901 Market Street
　　　　　　　　　　　　　　　　　　Suite 3020, 3rd Floor
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19107
　　　　　　　　　　　　　　　　　　Telephone: (215) 238-0010
　　　　　　　　　　　　　　　　　　Facsimile: (215) 238-0016
　　　　　　　　　　　　　　　　　　mcataldo@gsbblaw.com

　　　　　　　　　　　　　　　　　　*Counsel for the Debtors*