# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Brenda Mervine            Chapter 13:  23- 10400 amc
    And
    Russell Mervine

## ORDER

**AND NOW,** this 6th day of Dec. 2024, upon consideration of Debtor's Motion to Modify Chapter 13 Plan after Confirmation and after a hearing,

It is **ORDERED** that the Motion is **GRANTED.** The Third modified plan is **APPROVED.**

BY THE COURT

_____
**Ashely M. Chan**
**Chief Bankruptcy Judge**