IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Brenda Mervine                                    Chapter 13:  23- 10400 amc

    And

    Russell Mervine

**ORDER**

And now, this _____ day of _____, 2024, upon consideration of the Supplemental Fee Application of Michael A. Cataldo for Gellert Scali Busenkell & Brown, LLC it is **ORDERED** that the Application is **GRANTED**.

Post-Confirmation, supplemental attorney fees are approved to Gellert, Scali, Busenkell & Brown, LLC. in the amount of $1,500.00 with the unpaid balance of $1,500.00 to be paid through the terms of the court approved Third Modified Plan to the extent funds are available and consistent with the modified plan.

BY THE COURT

**Date: January 7, 2025**

_____

Ashely M. Chan

Chief Bankruptcy Judge