IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br>Brenda Mervine<br>Russell A. Mervine, Sr.<br>                    Debtor(s). | Case No:23-10400 djb<br>Chapter 13 |
| --- | --- |

### CERTIFICATION OF NO RESPONSE
### REGARDING DOCKET NO. 54

The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Supplemental Application for Compensation.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Supplemental Application for Compensation appears thereon.

Counsel for Debtor certifies that the Supplemental Application for Compensation is unopposed and that the Order can be signed granting the requested relief.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

GELLERT SEITZ BUSENKELL & BROWN, LLC

Dated: 7/16/2026                    By:  /s/Michael A. Cataldo
                                                Michael A. Cataldo, Esquire
                                                Gellert, Seitz, Busenkell & Brown, LLC
                                                901 Market Street.
                                                Suite 3020, 3rd Floor
                                                Philadelphia, PA 19107
                                                215-238-0015
                                                mcataldo@gsbblaw.com

                                                *Counsel for the Debtors*