## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In Re:  Brenda Mervine**
       **Russell A. Mervine, Sr.**

      **Debtors**

**Chapter 13**

**23-10400-djb**

### ORDER

And now, this _____ day of _____, 2026 ,upon consideration of the Supplemental

Fee Application of Michael A. Cataldo for Gellert Seitz Busenkell & Brown, LLC it is **ORDERED** that the

Application is **GRANTED**.

Post-Confirmation, supplemental attorney fees are approved to Gellert, Seitz, Busenkell & Brown,

LLC. in the amount of **$1,250** with the unpaid balance of $1,250 to be paid through the terms of the

court approved modified plan to the extent funds are available and consistent with the modified plan.

BY THE COURT

**Date: July 20, 2026**

_____

Derek J. Baker

United States Bankruptcy Judge