United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-10400-djb

Brenda Mervine                                                            Chapter 13

Russell A. Mervine, Sr.

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Brenda Mervine, Russell A. Mervine, Sr., 719 Jansen Avenue, Essington, PA 19029-1110

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**      **Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
     on behalf of Creditor Global Lending Services LLC kebeck@metzlewis.com
     btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

MATTHEW K. FISSEL
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHAEL A. CATALDO
     on behalf of Debtor Brenda Mervine mcataldo@gsbblaw.com
     bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

MICHAEL A. CATALDO
     on behalf of Joint Debtor Russell A. Mervine  Sr. mcataldo@gsbblaw.com,
     bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com

District/off: 0313-2                               User: admin                                          Page 2 of 2
Date Rcvd: Jul 20, 2026                            Form ID: pdf900                                      Total Noticed: 1

REGINA COHEN
            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:  Brenda Mervine**
**Russell A. Mervine, Sr.**

**Chapter 13**

**Debtors**

**23-10400-djb**

**ORDER**

And now, this _____ day of _____, 2026 ,upon consideration of the Supplemental

Fee Application of Michael A. Cataldo for Gellert Seitz Busenkell & Brown, LLC it is **ORDERED** that the

Application is **GRANTED**.

Post-Confirmation, supplemental attorney fees are approved to Gellert, Seitz, Busenkell & Brown,

LLC. in the amount of **$1,250** with the unpaid balance of $1,250 to be paid through the terms of the

court approved modified plan to the extent funds are available and consistent with the modified plan.

BY THE COURT

**Date: July 20, 2026**          _____

Derek J. Baker

United States Bankruptcy Judge